ACCEPTED
06-15-00086-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
10/15/2015 10:46:35 AM
DEBBIE AUTREY
CLERK

## CAUSE NO. 06-15-00086-CV

|  |  |  |
|---|---|---|
| **IN RE TARA BROOK TYNDELL** | § § § § § § | **IN THE COURT OF APPEALS** FILED IN<br>6th COURT OF APPEALS<br>TEXARKANA, TEXAS<br>10/15/2015 10:46:35 AM<br>DEBBIE AUTREY<br>Clerk **SIXTH JUDICIAL DISTRICT** **TEXARKANA, TEXAS** |

## NOTICE OF APPEARANCE AND DESIGNATION OF LEAD COUNSEL

COMES NOW, Georganna L. Simpson and files this Notice of Appearance and Designation of Lead Counsel as Georganna L. Simpson for Real Parties in Interest, Jennifer Elaine Nowell and John Aubry Nowell. Please serve Ms. Simpson with all pleadings and notices going forward.

Respectfully submitted,

**GEORGANNA L. SIMPSON, P.C.**
1349 Empire Central Drive
Woodview Tower, Ste. 600
Dallas, Texas 75247
Phone: 214-905-3739 • Fax: 214-905-3799

/s/ *Georganna L. Simpson*
**GEORGANNA L. SIMPSON**
Texas Bar Number 18400965
**Attorneys for Real Parties in Interest,**
**Jennifer Elaine Nowell and John Aubry Nowell**

APPROVED BY:

Jennifer Nowell
Real Party in Interest

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Notice of Appearance and Designation of Lead Counsel has been forwarded to:

**E. Alan Bennett**                                                          **Via E-Service**
510 Valley Mills Dr., Ste. 500
Waco, TX 76710

/s/ *Georganna L. Simpson*

Georganna L. Simpson
Attorney for
Jennifer E. Nowell and John A. Nowell